UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Index No.* 1:25-CV-02387-RMB
03/24/2025
Calendar No.

MEREDITH OPERATIONS CORPORATION

*Plaintiff(s) Petitioner(s)*

against

MARQUEE BRANDS INTERMEDIATE HOLDINGS II LLC; MARTHA STEWART LIVING OMNIMEDIA, LP

*Defendant(s) Respondent(s)*

1~ AFFIDAVIT OF SERVICE

STATE OF DELAWARE, COUNTY OF: NEW CASTLE    Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 03/24/2025 at 2:15 P .M., at C/O UNIVERSAL REGISTERED AGENTS, INC., 300 CREEK VIEW ROAD, SUITE 209, NEWARK, DE 19711

deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED; CIVIL COVER SHEET; NOTICE OF APPEARANCE; INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES IN CIVIL CASES ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE;

☒ (other)

on MARTHA STEWART LIVING OMNIMEDIA, LP ☒ defendant hereinafter called the recipient named therein.

**CORPORATION 2. ☒** a DELAWARE corporation, by delivering thereat a true *copy of each* to TAMMY CALLOWAY personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be MANAGING AGENT EMPLOYED AT REGISTERED AGENT thereof

**DESCRIPTION ☒**
- ☐ Male  ☒ Female
- ☒ White Skin  ☐ Black Skin  ☐ Yellow Skin  ☐ Brown Skin  ☐ Red Skin
- ☐ Black Hair  ☒ Brown Hair  ☐ Blonde Hair  ☐ Gray Hair  ☐ Red Hair
- ☐ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard  ☐ Glasses
- ☐ 14-20 Yrs.  ☐ 21-35 Yrs.  ☐ 36-50 Yrs.  ☒ 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☐ 5'0"-5'3"  ☒ 5'4"-5'8"  ☐ 5'9"-6'0"  ☐ Over 6'
- ☐ Under 100 Lbs.  ☐ 100-130 Lbs.  ☒ 131-160 Lbs.  ☐ 161-200 Lbs.  ☐ Over 200 Lbs.

I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 03/24/2025

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

License No. _____

KEVIN S. DUNN
BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899