**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

# MEMO ENDORSED

WRITER'S DIRECT DIAL NO.
**(212) 849-7155**

WRITER'S EMAIL ADDRESS
**jenniferbarrett@quinnemanuel.com**

September 29, 2025

<u>VIA ECF</u>

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, NY 10007

Re:   *Meredith Operations Corporation v. Marquee Brands Intermediate Holdings II LLC*
      <u>No. 1:25-cv-02387</u>

Dear Judge Berman:

We write jointly on behalf of both Plaintiff and Counterclaim-Defendant Meredith Operations Corporation ("Meredith") and Defendants and Counterclaim-Plaintiffs Marquee Brands Intermediate Holdings II LLC and Martha Stewart Living Omnimedia, LP (collectively "Defendants"). Pursuant to this Court's September 17, 2025 Order of Reference, ECF No. 41, the parties have scheduled a settlement conference before Magistrate Judge Lehrburger on October 28, 2025, *see* ECF No. 43-1. In light of the date of the settlement conference, we respectfully request adjournment of the conference before Your Honor that is currently scheduled for October 21, 2025 to a date at the Court's convenience after October 28, 2025, and continuation of the stay of all deadlines including discovery and time to respond until after the adjourned conference.

Very truly yours,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Jennifer J. Barrett*
Jennifer J. Barrett

---

The Oct. 21, 2025 conference is adjourned to Nov. 18, 2025 at 9:00 AM in Courtroom 17B. All deadlines, including discovery and time to to respond, are stayed until after the Nov. 18, 2025 conference.

SO ORDERED:
Date: 10/8/2025

Richard M. Berman, U.S.D.J.

quinn emanuel urquhart & sullivan, llp
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH